Magistrate Judge Donohue

FILED —— ENTERED
LODGED —— RECEIVED

SEP 20 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: INTEGRA RX ) NO. 06-437M
SEARCH WARRANTS, )
) (PROPOSED)
) ORDER PERMITTING
) RETENTION OF
) PROPERTY
)

THIS MATTER comes before the Court on a motion by the United States to retain property seized in a search of IntegraRX and related locations. The government seeks permission to retain servers and computers subject to civil forfeiture proceedings. Having considered the entirety of the record and files herein, the Court finds that for the reasons stated in the government's motions, the property may be retained.

IT IS HEREBY ORDERED that the government may retain computer equipment

//
//
//

06-MJ-00437-ORD

1  seized from IntegraRX, Adhost, and Lisa Stevens' residence, subject to civil forfeiture
2  proceedings.
3     Dated this 20th day of September, 2006

5                                    _____
                                     UNITED STATES MAGISTRATE JUDGE

7  Presented by:

8  s/Douglas B. Whalley
   DOUGLAS B. WHALLEY
9  Assistant United States Attorney
10 United States Attorney's Office
   700 Stewart Street, Suite 5220
11 Seattle, WA 98101-1271
12 (206) 553-4882, Fax: (206) 553-4440
   E-mail: douglas.whalley@usdoj.gov
13 Washington State Bar #4625

Order Permitting Retention of Property –2